UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE STEPHEN A. VADEN, JUDGE

| | |
|---|---|
| SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> WHEATLAND TUBE, <br><br> Defendant-Intervenor. | Court No. 21-00049 |

## I. JOINT STATUS REPORT

Pursuant to the Court's March 19, 2025, paperless order, Plaintiff Saha Thai Steel Pipe Public Company Limited ("Plaintiff"), Defendant the United States, and Defendant-Intervenor Wheatland Tube respectfully submit this joint status report regarding procedural developments following the Court's October 11, 2024 stay order (ECF No. 69).

The parties provide a timeline of recent developments in this case below. Additionally, the parties respectfully request the Court grant the U.S. Department of Commerce 120 days from today's date for submission of the Remand Redetermination. If the Court grants this request, the Remand Redetermination will be due on July 31, 2025.

## II. **TIMELINE OF EVENTS**

1. **October 11, 2024 – Court Order Granting Stay**:

The Court granted Plaintiff's motion to stay proceedings pending final resolution of the petition for certiorari in *Saha Thai Steel Pipe Pub. Co., Ltd. v. United States*, 101 F.4th 1310 (Fed. Cir. 2024). The case was stayed until the earliest of: (1) Plaintiff withdrawing intent to seek certiorari; (2) expiration of the filing deadline; or (3) resolution by the Supreme Court. *Order Staying Case*, ECF No. 69.

2. **October 15, 2024 – Request to Commerce to Reflect Court-Ordered Stay**:

Plaintiff submitted its letter titled "Saha Thai's Request to Postpone All Deadlines To Reflect Court Ordered Stay" to the U.S. Department of Commerce, requesting that all deadlines in the remand investigation be postponed to reflect the Court's stay. *Saha Thai's Request to Postpone All Deadlines To Reflect Court Ordered Stay* (Oct. 15, 2024)

3. **October 18, 2024 – Commerce Grants Extension of All Deadlines**:

Commerce granted the extension request in its letter titled "Administrative Review of the Antidumping Duty Order on Circular Welded Carbon Steel Pipes and Tubes from Thailand: Extension of All Deadlines" postponing deadlines for Section A–D questionnaire responses until "two weeks from the day one of the three conditions outlined in the CIT's stay order is met." *Administrative Review of the Antidumping Duty Order on Circular Welded Carbon Steel Pipes and Tubes from Thailand: Extension of All Deadlines* (Oct. 18, 2024)

4. **March 3, 2025 – Denial of Certiorari by the Supreme Court**:

The U.S. Supreme Court denied Plaintiff's petition for a writ of certiorari in Case No. 24-

696, thereby lifting the Court's stay pursuant to ECF No. 69.

5. **March 5, 2025 – Request for Clarification and Extension from Commerce:**

Plaintiff submitted its letter titled "Saha Thai's Request for Clarification and Extension of Deadline to file Sections B-D of the Initial Questionnaire following the U.S. Supreme Court's denial of a writ of certiorari in United States Court of Appeals for the Federal Circuit's decision in Saha Thai, CAFC No. 2022-2181 (May 15, 2024) ", notifying Commerce of the Supreme Court's denial and requesting a two-week extension for Sections B–D. *Saha Thai's Request for Clarification and Extension of Deadline to file Sections B-D of the Initial Questionnaire following the U.S. Supreme Court's denial of a writ of certiorari in United States Court of Appeals for the Federal Circuit's decision in Saha Thai, CAFC No. 2022-2181 (May 15, 2024)* (Mar. 5, 2025)

6. **March 11, 2025 – Commerce Clarifies Deadline and Grants One-Week Extension:**

In its letter titled "Administrative Review of the Antidumping Duty Order on Circular Welded Carbon Steel Pipes and Tubes from Thailand: Clarification and Extension of B-D Deadlines", Commerce confirmed Section A was due March 17 and granted a one-week extension for Sections B–D until March 24. *Administrative Review of the Antidumping Duty Order on Circular Welded Carbon Steel Pipes and Tubes from Thailand: Clarification and Extension of B-D Deadlines* (Mar. 11, 2025).

7. **March 12, 2025 – Submission of Section A Response:**

Plaintiff submitted its questionnaire response titled "Saha Thai's Section A Questionnaire Response", covering Section A of the Department's August 30, 2024 questionnaire.

*Saha Thai's Section A Questionnaire Response* (Mar. 12, 2025)

**8. March 24, 2025 – Submission of Sections B–D:**

Plaintiff submitted its response to Sections B-D of the Department's August 30, 2024 questionnaire. *Saha Thai's Section B-D Questionnaire Response* (Mar. 24, 2025).

**9. March 31, 2025 – Commerce Requests 120 Day Remand Deadline**:

On March 31, 2025, Commerce contacted the parties via email to request consent for it to submit the Remand Redetermination 120 days from today's date. All parties consented to this request. If the Court grants this request, the Remand Redetermination will be due on July 31, 2025.

Respectfully submitted,

/s/ Daniel L. Porter

Daniel L. Porter
**Pillsbury Winthrop Shaw Pittman LLP** 1200 Seventeenth St, NW.
Washington, DC 20036
(202) 663-8140
*Counsel to Saha Thai Steel Pipe Company Limited*

YAAKOV M. ROTH
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Assistant Director

/s/ Robert R. Kiepura
ROBERT R. KIEPURA
Trial Attorney
U.S. Department of Justice

OF COUNSEL:
JONZACHARY FORBES

| | |
|---|---|
| U.S. Department of Commerce<br>Office of Chief Counsel for<br>Trade Enforcement and Compliance<br>1401 Constitution Avenue, NW.<br>Washington, DC 20230-0001<br>Telephone: (240) 449-5906<br>Email: JonZachary.Forbes@trade.gov | Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 305-4436<br>Fax:         (202) 353-0461<br>Email:       Robert.Kiepura@usdoj.gov |

*Attorneys for Defendant*

  /s/  Luke A. Meisner
Luke A. Meisner
**SCHAGRIN ASSOCIATES**
900 Seventh Street, N.W., Suite 500
Washington, D.C.  20001 *Counsel for Wheatland Tube*