**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> WHEATLAND TUBE, <br><br> Defendant-Intervenor. | **Court No. 21-00049** |

**ORDER OF REASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Stephen Alexander Vaden, is hereby reassigned to the Honorable Gary S. Katzmann.

Dated at New York, New York, this 7th day of July, 2025.

                                               /s/ Mark A. Barnett  
                                               Mark A. Barnett  
                                                  Chief Judge