UNITED STATES DEPARTMENT OF COMMERCE
**Office of the General Counsel**
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

July 31, 2025

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

Re:     Redetermination Pursuant to Court Remand Order in *Saha Thai Steel Pipe Public Co., Ltd.*, Ct. No. 21-00049

Dear Mr. Toscano:

Pursuant to the Court's orders of December 22, 2022, and April 4, 2025, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action.  The remand redetermination is a public document.

In accordance with Court Rule 56.2(h)(1) and the Court's order on April 4, 2025, filing of the administrative record for the remand proceeding will follow under separate cover.  Should you have any questions concerning the matter, please contact me at (202) 779-0204.

Respectfully submitted,

/s JonZachary Forbes
JonZachary Forbes
Attorney
Office of the Chief Counsel
    for Trade Enforcement & Compliance

Attachment

cc:

**Robert Ralph Kiepura**
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-4436
(202) 353-0461 (fax)
robert.kiepura@usdoj.gov

**Daniel Lewis Porter**
Pillsbury Winthrop Shaw Pittman LLP
1200 17th Street, NW.
Suite 8-47
Washington, DC 20036-3006
(202) 663-8140
(202) 663-8007 (fax)
daniel.porter@pillsburylaw.com

**Roger Brian Schagrin**
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
(202) 223-1700
(202) 429-2522 (fax)
rschagrin@schagrinassociates.com