# UNITED STATES COURT OF INTERNATIONAL TRADE

SAHA THAI STEEL PIPE PUBLIC COMPANY
LIMITED,

      Plaintiff,

    v.

UNITED STATES,

      Defendant,

  and

WHEATLAND TUBE COMPANY,

      Defendant-Intervenor.

**Before: Gary S. Katzmann, Judge**
**Court No. 21-00049**

## JUDGMENT

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now, in conformity with that opinion, it is hereby

**ORDERED** that the United States Department of Commerce's <u>Final Results of Redetermination Pursuant to Court Remand</u> (Dep't Commerce July 31, 2025), July 31, 2025, ECF No. 80 are sustained; and it is further

**ORDERED** that judgment be, and hereby is, entered for Defendant the United States.

**SO ORDERED.**

                        */s/  Gary S. Katzmann*
                        Gary S. Katzmann, Judge

Dated: <u>February 4, 2026</u>
      New York, New York