**FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for**     **Form 1**
**Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)**     **March 2023**

# UNITED STATES

# COURT OF INTERNATIONAL TRADE

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed:    <u>21-00049</u>

Case title being appealed:    <u>Saha Thai Steel Pipe Public Co. Ltd. v. United States</u>

Date of final judgment or order being appealed:    <u>02/04/2026</u>

**List all Appellants** (List each party filing this appeal.  Do not use "et al." or other abbreviations.  Attach continuation pages if necessary.)

Wheatland Tube Company

Date: <u>03/19/2026</u>

Signature: <u>/s/ Luke A. Meisner</u>

Name: <u>Luke A. Meisner</u>

Address: <u>900 Seventh Street NW</u>

<u>Suite 500</u>

<u>Washington DC 20001</u>

Phone Number: <u>2025165257</u>

Email Address: <u>lmeisner@schagrinassociates</u>